PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Office of General Counsel
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BERNARD DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>   Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-01874-CKD<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from October 23, 2024 to November 22, 2024.  This is Defendant's first request for an extension.  Counsel for Plaintiff has no objection to Defendant's request for an extension.

    Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its

response. Counsel has multiple merit briefs currently due in district court cases within the next week. Counsel for Defendant will also be out of the office on October 18, 2024 and will likely be out of the office for part of next week as well to travel to be with his uncle who has begun end of life hospice care. Given competing workload requirements and pending travel an extension until November 22, 2024 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: October 18, 2024     By:     *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

Law Offices of Lawrence D. Rohlfing, Inc., CPC

DATE: October 18, 2024     By:     *s/ Steven Gilbert Rosales* *
Steven Gilbert Rosales
(*as authorized by email)
Attorney for Plaintiff

## ORDER

Defendant's motion for extension of time (ECF No. 12) is GRANTED. Defendant shall have an extension, up to and including November 22, 2024, to respond to Plaintiff's Motion for Summary Judgment. SO ORDERED.

Dated: October 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE