PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
  Social Security Administration
  Office of General Counsel
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: (510) 970-4818
  Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BERNARD DAVIS,<br><br>  Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br> Commissioner of Social Security,<br><br>  Defendant. | No. 2:24-cv-01874-CKD<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended fourteen (14) days from November 22, 2024 to December 6, 2024.  This is Defendant's second request for an extension.  Counsel for Plaintiff has no objection to Defendant's request for an extension.

  Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its

response.  Counsel has multiple merit briefs currently due in district court cases within the next week.  Counsel for Defendant was out of the office the past couple days providing care for his child that is out sick and Counsel will also be out of the office on November 26-29, 2024.  Given competing workload requirements and pending travel an extension until December 6, 2024 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment.  The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: November 22, 2024     By:   *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

Law Offices of Lawrence D. Rohlfing, Inc., CPC

DATE: November 22, 2024     By:   *s/ Steven Gilbert Rosales* *
Steven Gilbert Rosales
(*as authorized by email)
Attorney for Plaintiff

2

<u>ORDER</u>

  IT IS ORDERED that Defendant's stipulated motion for extension of time (ECF No. 14) is GRANTED. Defendant shall have an extension, up to and including December 6, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated: November 26, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE